LaFayette W. Lovell vs. Adam Bartholomew, *et al., Principal Defendants*, AND The Michigan State Insurance Co., *Garnishee.*

Where garnishee proceedings are discontinued by the filing of a bond in pursuance of the provisions of Act 175, *Sess. L.* 1867, p. 228, the plaintiff is not entitled to tax as costs an attorney fee in such proceedings.

*Kalamazoo Circuit, March*, 1870.

Original suit commenced by declaration. Judgment against the defendants in the main action by default. Before default entered, the principal defendants filed a bond in pursuance of the provisions of Act 175, *Sess. L.* 1867, p. 228, conditioned to pay any judgment that might be obtained against them in the action. The proceedings of garnishment were thereby discontinued. The plaintiff's bill of costs in the garnishee proceedings contained an item of $15, as an attorney fee, as on default. The clerk submits to the Court the question : "Can this be taxed ?"

*May & Buck*, for Plaintiff.

Brown, J.—At common law, costs were not recoverable by either party, *eo nomine.* The only way in which a plaintiff could recover costs, was by having his expenses included in the verdict for damages. When the verdict was in favor of the defendant, or the plaintiff was nonsuited at the trial, he was without remedy for expenses incurred. The plaintiff was amerced *pro falso clamore suo*, but the amercement was given to the King. *Hull on Costs*, 2 ; 2 *Arch Pr*. 281. As costs, then, are awarded only by statute, and as the statute fails to provide for the item referred to, and claimed in the bill, in this class of cases, the same cannot be taxed.